DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MJP DISTRIBUTION, LLC,**
**MAQ SPORTS COMPLEX, INC.,**
Appellants,

v.

**CITY OF LAUDERDALE LAKES,**
Appellee.

Nos. 4D20-612 and 4D20-679

[December 3, 2020]

Consolidated appeals from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE09-19443.

Rob N. Hyman of Rob Hyman, PA, Fort Lauderdale, for appellants.

Sidney C. Calloway and Suzanne M. Driscoll of Shutts & Bowen LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***